IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARK SHREWSBURY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 5:25-cv-139 |
| | § | |
| **PRECISION TECHNICAL SERVICES,** | § | |
| **LLC AND KARL IVY KUYKENDALL,** | § | |
| **INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Plaintiff Mark Shrewsbury files the following disclosures and certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Mark Shrewsbury,
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

        Respectfully submitted,

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**