IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK SHREWSBURY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-139 |
| | § | |
| PRECISION TECHNICAL SERVICES, | § | |
| LLC AND KARL IVY KUYKENDALL, | § | |
| INDIVIDUALLY, | § | |
| | § | |
| Defendants. | | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mark Shrewsbury ("Plaintiff") files this Notice of Dismissal Without Prejudice regarding Plaintiff's claims against Defendants ("Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal without Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Mark Shrewsbury hereby gives his Notice of Dismissal without Prejudice and without the requirement of a Court Order.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed through the CM/ECF system on February 11, 2025.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

2